**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-7160**

_____

CURTIS DALE RICHARDSON, a/k/a Curtis Richardson, #269166, a/k/a Curtis D. Richardson, a/k/a Curtis Richardson, #28507-171,

        Plaintiff - Appellant,

    v.

KAITLIN COOK, Horry County Solicitor, in her individual and official capacity; LORIS POLICE DEPARTMENT; D. S. WILKES; PFC SAUER, Loris Police Officer; HORRY COUNTY; SOUTH CAROLINA; CITY OF LORIS; JR LONG DETENTION CENTER MEDICAL STAFF SUPERVISOR; HORRY COUNTY SHERIFF'S DEPARTMENT,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Florence. Joseph Dawson, III, District Judge. (4:23-cv-06959-JD)

_____

Submitted: May 15, 2025                         Decided: May 20, 2025

_____

Before NIEMEYER and HEYTENS, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Curtis Dale Richardson, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Curtis Richardson appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Richardson's 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Richardson's motion to add claims and parties and affirm the district court's order. *Richardson v. Cook*, No. 4:23-cv-06959-JD, (D.S.C. Nov. 4, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*